THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
GREGORY DANTZLER, Appellant. [936 NYS2d 911]

Contrary to the defendant's contention, "the Supreme Court's charge to the jury regarding accomplice liability did not unlawfully amend the indictment or impermissibly introduce a new theory of culpability into the case" (*People v Cordice*, 306 AD2d 354 [2003]; *see People v Buanno*, 296 AD2d 600, 601 [2002]), because "[w]hether a defendant is charged as a principal or as an accomplice to a crime has no bearing on the theory of the prosecution" (*People v Rivera*, 84 NY2d 766, 769 [1995]).

However, the sentence imposed was excessive to the extent indicated herein. Angiolillo, J.P., Florio, Chambers and Hall, JJ., concur.